Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant*
*Sunrise MountainView Hospital, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETTE BATISTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., a domestic corporation;<br><br>Defendant. | Case No.: 2:22-cv-01621-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION REGARDING DISMISSAL**<br><br>*(First Request)* |

Defendant Sunrise MountainView Hospital, Inc. ("Defendant") and Plaintiff Bridgette Batiste ("Plaintiff") collectively ("the Parties") by and through their undersigned counsel, hereby request and stipulate to extend the time for the parties to file a stipulation dismissing the instant action.  The stipulation regarding dismissal is currently due March 15, 2023.  (ECF No. 18.)  The parties are in the process of finalizing the Settlement Agreement and due to the complexity of the resolution, along with Defendant's counsel being out of the office next week for spring break, the parties are respectfully requesting a thirty (30) day extension of time up to and including April 14, 2023.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| DATED this 10th day of March, 2023. | DATED this 10th day of March, 2023. |
| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Trevor J. Hatfield* | */s/ Anthony L. Martin* |
| Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

March 13, 2023
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800