Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant Sunrise Mountainview Hospital, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETTE BATISTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., a domestic corporation;<br><br>Defendant. | Case No.:  2:22-cv-01621-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Defendant Sunrise Mountainview Hospital, Inc. ("Defendant") and Plaintiff Bridgette Batiste ("Plaintiff"), by and through their undersigned counsel, that all claims Plaintiff had, or may have had, against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 11th day of April, 2023. | DATED this 11th day of April, 2023. |
| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Trevor J. Hatfield* | */s/ Anthony L. Martin* |
| Trevor J. Hatfield, Esq. | Anthony L. Martin |
| Nevada Bar No. 7373 | Nevada Bar No. 8177 |
| 703 South Eighth Street | 10801 W. Charleston Blvd. |
| Las Vegas, Nevada 89101 | Suite 500 |
| *Attorney for Plaintiff* | Las Vegas, NV  89135 |
| | *Attorneys for Defendant* |

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of April, 2023.

2